Mark W. Epstein (SBN 143202)
Douglas A. Applegate (SBN 142000)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
101 Montgomery Street, 27th floor
San Francisco, California 94104
Phone: (415) 979-0500
Fax: (415) 979-0511

Attorneys for plaintiff
Massoud Bassidji

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSOUD BASSIDJI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SIMON SOUL SUN GOE and DOES 1 through 10, inclusive,<br><br>　　　　Defendants | Case No. C 01 04149 MJJ<br><br>ORDER GRANTING<br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>Date: March 14, 2006<br>Time: 2:00 p.m.<br>Hon. Martin J. Jenkins |

　　　IT IS HEREBY STIPULATED by and between plaintiff Massoud Bassidji, through his attorney of record Seiler Epstein Ziegler & Applegate LLP, and defendant Simon Soul Sun Goe, through his attorney of record Carr, McClellan, Ingersoll, Thompson & Horn, that the status conference in the above referenced matter, presently set for hearing on March 14, 2006, at 2:00 p.m., be continued to May 9, 2006, at 2:00 p.m.

　　Dated: March ___, 2006　　　SEILER EPSTEIN ZIEGLER & APPLEGATE LLP


　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　Mark W. Epstein
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

- 1 -

**STIPULATION TO CONTINUE STATUS CONFERENCE**

Dated: March    , 2006        CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN


By _____/s/_____

W. George Wailes
Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that a status conference in this matter shall be held on Tuesday, May 9, 2006, at 2:00 p.m., with status conference statements to be filed no later than May 2, 2006.

Dated: March 28, 2006        _____

Hon. Martin J. Jenkins
United States District Court Judge

- 2 -

OPPOSITION TO REQUEST FOR CERTIFICATION