IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSOUD BASSIDJI | No.  C-01- 4149 MJJ |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| SIMON SOUL SUN GOE, | |
| Defendant. | |

On November 14, 2006,  the Court ordered plaintiff Massoud Bassidji to show cause in writing, no later than November 21, 2006, why the above-entitled action should not be dismissed. To date, plaintiff  has not complied with this order and the case has been subject to no further activity.

Accordingly, the present action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated:  June 29, 2007

MARTIN J. JENKINS
United States District Judge